UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEANNA JOY STRATTON,

    Plaintiff,

v.                                Case No.:   2:21-cv-154-SPC-NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**[1]

Before the Court is United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation (R&R). (Doc. 29). Judge Mizell recommends granting Plaintiff Deanna Joy Stratton's Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act (Doc. 28). No party objects to the Report and Recommendation, and the time to do so has expired. So the R&R is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's R&R.  28 U.S.C. § 636(b)(1)(C). In the absence

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

of specific objections, there is no requirement that a district judge review the R&R *de novo*. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. So it accepts and adopts the R&R in full.

Accordingly, it is now

**ORDERED:**

United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation (Doc. 29) is **ACCEPTED and ADOPTED,** and the findings incorporated herein.

1. Plaintiff Deanna Joy Stratton's Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act (Doc. 28) is **GRANTED**.

2. The Clerk is **DIRECTED** to amend the judgment to include an award to Plaintiff Deanna Joy Stratton of **$6,526.20** for attorney's fees. This award may be paid directly to Plaintiff's counsel if the

United States Department of Treasury determines that no federal debt is owed by Stratton.

**DONE** and **ORDERED** in Fort Myers, Florida on September 14, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record